SARAH M. COOK, Respondent, v. THE UNITED STATES
EXPRESS COMPANY, Appellant.

Appeal from a judgment of the County Court of Tompkins
county, in favor of the plaintiff, entered on the verdict of a jury,
and from an order of this court, denying a new trial, upon a motion
certified into this court.

This action was brought to recover the value of certain articles

[*] 55 N. Y., 247.            [†] 8 S. C. (1 Hun), 714; S. C., 4 N. Y. S. C., 163.

claimed to have been taken from a trunk of the plaintiff while in the possession of the defendant. The judgment was reversed on the ground that the plaintiff was allowed to testify to statements made to her by a man at a depot, to the effect that he was an agent of the company, which in fact he was not, and also on the ground that the verdict was against the weight of evidence.

*Marcus Lyon*, for the appellant.

*John A. Williams*, for the respondent.

Opinion by JAMES J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment reversed and new trial granted, costs to abide the event.